Nov 19 2021 PM 12:38
DISTRICT COURT
DISTRICT OF FLORIDA
FILED
2021 NOV 19 PM 12:38

"Two Points Protect 14, 4, 8, 9, 13, 15 Amendments"

Compass Bank Art I 14, 4, 4, 8, 9, 13 Amendments

Art II The Injury Requirement 14, 4, 8, 9, 13, 15 Amendments

Pay Sanction Pay Restitution Pay Punitive Damage (united States V Raines

for M. P. D. C, Police officer Willis Bailey JR = 100, 000, 000, 000. 00 civil Rights Protect 14, 4, 8, 9, 13, 15 Amendments Goverment

For Forced Retirement for 48 year D. C. Retirement

Board Retirement D. C. Goverment Pay M. P. D. C, Police officer

"Retirement Order 1983-2031" Willis Bailey JR 48, 000, 000, 000. 00

14, 4, 1, 8, 9, 13 Amendments (civil Rights Protect 14, 4, 9, 8, 15) Amendments 148, 000, 000, 000, 00

For M. P. D. C, Police officer Willis Bailey JR is 148, 000, 000, 000. 00

civil Rights Protect 14, 4, 8, 9, 13, 15 Amendments 14, 4, 8, 9, 13, 15 Amendments + Case Law 415, V Raines

14, 4, 8, 9, 13, 15 Amendments D. C, Goverment PR

For 48 years of Forced Retirement Warm Johowson, VA Dr Pricing 148, 000, 000, 000. 00

The Forced Retirement For 48 Years = 48,000,000,000.00 VA Doctor Price

D.C. Government Doctor Price

Because of the Forced Retirement Order 1983 = 48,000,000,000.00

D.C. Government Doctor Mayor Johnson 9

Always Protect the Civil Rights 14, 4, 8, 9,

Case Law United States v Raines 14, 4, 8, 9, 13, 15 Amendments

13, 15 Amendments of the United States

Case Law United States V Raines 14, 4, 8, 9, 13, 15 Amendments

Constitution Art I 14, 4, 8, 9, 13, 15 Amendments

Case Law United States V Raines 14, 4, 8, 9, 13, 15 Amendments

of America, 14, 4, 8, 9, 13, 15 Amendments,

Case Law United States V Raines 14, 4, 8, 9, 13, 15 Amendments of the Amendments

Art III 14, 4, 8, 9, 13, 15 Amendments of America, United States

United States Case Law Constitution of America, United States

Case Law United States V Raines 14, 4, 8, 9, 13, 15 United States V Raines

The Injury Requirement 14, 4, 8, 9, 13, 15 Amendment United States Constitution

Art II 14, 4, 8, 9, 13, 15 Amendments of the United States Constitution

of America 14, 4, 8, 9, 13, 15 Amendments

Doctor Wann Johnson D.C. Government Flagrant Violated The Federal Right to Work Law Willis Bailey Jr. Art III 14, 4, 8, 9, 13, 15 Amendments

Does Government Pay 3,000,000,000.00   Art IV 14, 4, 8, 9, 13, 15 Amendments

V.A. Doctor Price Flagrant Violation of The Federal Right to Work Law 14, 4, 8, 9, 13, 15 Amendments

Pay Sanction Restitution, Punitive Damages is 300,000,000,000.00

Civil Rights Protec. 14, 4, 8, 9, 13, 15 Amendments

Between Tuesday 9 2021 +

Wed 10 2021 Burg I

Stolen State of Fl ID card

Page 1 of 2

Cell Ph

904 3433216

D. C. Government Retirement Board Pay

M.P.D.C. Police officer Willis Bailey Jr Forced Retirement order 1983

for 48 Years

Pain & suffering 800,000,000.00

Stress & strain  800,000,000.00

1,600,000,000.00

Gloria

(904)294-5509

Page 2

Civil Rights Protec. 1,4 8,9,14
15 Ame or

VA Doctor Price For the Forced Retirement of M.P.D.C. Police officer Willis Bailey Jr / 1983, 2021

The VA + The Defence Department of the United States Government Pay M.P.D.C. Police officer Willis Bailey Jr 48,000,000,000,00 For the Forced Retirement 1983-2021

Pain + Suffering + Stress + Strain = 38 years