Willis Balley Jr
4266 Green River Pl.
Middleburg Fl. 32068

The United States Distrc Court
Middle District of Fl,
300 N. Hogan St
Jacksonville Fl,

32202-422625